UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 17-50052 |
| | ) | Chapter 7 |
| GARY JAMES POKORNEY | ) | |
| SSN xxx-xx-3691 | ) | |
| AND | ) | |
| LARISSA LOUISE POKORNEY | ) | DISCLOSURE OF COMPENSATION |
| SSN xxx-xx-5023 | ) | |
| Debtors | ) | |

1. <u>Received or promised.</u>  Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P 2016(b), and Bankr. D.S.D. R2015(a), I declare that within one year of the filing of the petition in this case I have been paid or will be paid the following fees by Debtor for services rendered or to be rendered in contemplation of or in connection with this case:

| | | |
|---|---|---|
| a) Compensation for legal services (flat fee) | | $ 1030.00 |
| b) Costs, including the filing fee but excluding sales tax | + | $ 353.05 |
| c) Sales tax on compensation | + | $ 66.95 |
| d) Total: | = | $ 1450.00 |
| e) I have received: | - | $ 1450.00 |
| f) I am still owed: | | 0.00 |

2. <u>Services to be rendered.</u>  In return for the compensation set forth above, I have rendered or will render the following legal services:

     a.  Analyzing Debtor's financial situation and rendering advice to Debtor in determining whether to file a petition in bankruptcy and, if so, under what chapter;

     b.  Preparing and filing debtor's petition, schedules and statement;

     c.  Representing Debtor at the meeting of creditors; and

If other post-petition legal services are required, these services will be billed to Debtor at $175.00 per hour for my work, plus actual expenses.  Debtor understands any additional fees incurred post-petition must be paid by Debtor personally from assets that are not part of the bankruptcy estate.  If the case is converted to another chapter, Debtor further understands a different fee agreement will be necessary and post-conversion fees may be paid as part of a plan.

3.   <u>Supplemental Disclosure.</u>   I will file a supplemental disclosure of compensation if this agreement changes or if I actually receive additional fees for other services or costs in this cast that have not been disclosed.

4.   <u>Fee Sharing.</u>  I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

5.   <u>Unpaid Fees.</u>  If the fees for my pre-petition services, sales tax, and expenses (including filing fee) have not been paid in full pre-petition (see paragraph 1 above), I understand and have advised Debtor that while Debtor may voluntarily pay any amount I am still owed, that amount will be discharged, and I will not be able to take any action to collect any portion of it, unless and until Debtor and I enter into a reaffirmation agreement and the Court approves the reaffirmation agreement following a hearing that Debtor must attend.


Dated: March 28, 2017


_____/s/ Rose Cotton_____
Rose Cotton
Attorney for Debtor
1719 W. Main St.
Rapid City SD 57702
Tele:  (605) 394-5727
Fax:  (605) 394-5727
e-mail:  rcotton@rushmore.com